UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:23-cv-00241-PTG-JFA |
| v. | ) |
| JOHN DOE, subscriber assigned IP address 68.98.139.177, | ) |
| Defendant. | ) |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT

**PLEASE TAKE NOTICE**, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 68.98.139.177 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 30, 2023

So ordered 4/13/23

/s/
Patricia Tolliver Giles
United States District Judge

Respectfully submitted,

/s/ Dawn M. Sciarrino
Dawn M. Sciarrino, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(202) 256-9551 (cell)
(202) 217-3929 (fax)
dsciarrino@jmjameslaw.com