AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United Stated District Court - Eastern District of Virignia |
|---|---|
| DOCKET NO.<br>1:22-cv-01174 | DATE FILED<br>10/17/2022 | |
| PLAINTIFF<br><br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br><br>JOHN DOE subscriber assigned IP address<br>72.205.35.212 |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY     ☐ Amendment      ☐ Answer        ☐ Cross Bill        ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>Shaquela Howard   Digitally signed by Shaquela Howard<br>Date: 2023.04.13 16:41:16 -04'00' | DATE<br>4/13/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Alexandria, VA

**Total Works Infringed:** 30

**IP Address:** 72.205.35.212

**ISP:** Cox Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 73C474E4EBA417D059D58645CE6E479C30368BA9 File Hash: A72F485E7E138AF847D96B981788F9123FEA36B9B59937F5F94FD12C540FF799 | 08-31-2022 02:50:16 | Tushy | 01-21-2019 | 02-22-2019 | PA0002155131 |
| 2 | Info Hash: 7092FB7380AA34341E5134475776E60BFC306499 File Hash: 1E61E26D091F924547A47D98EF5859616F3155F1BC91411C6005EB880137E332 | 03-08-2022 05:16:42 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 3 | Info Hash: B8769C8BE816B2B7BF1AFA124C739C016CBB3E2A File Hash: 9960EC5F0A0108A03C2E0FE6784036732318B22F6E3198B4D9C980AAA631FC78 | 03-07-2022 19:44:29 | Vixen | 06-08-2018 | 07-14-2018 | PA0002128445 |
| 4 | Info Hash: 8DBA5EE4410904D1C7B42B6C645A2BF6D11631A2 File Hash: 444DA11B1566B92CAD914EAC26E2F3618BF19754B0C1942F95071F249D60FA29 | 03-04-2022 13:40:03 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |
| 5 | Info Hash: 5D1DD65222D7CE94245EA40517D2AA865C9252FF File Hash: 5E273757E522059F726E0BEE18757D1A21D92F328C2BE811DDBE4F799315A5CA | 02-15-2022 17:54:09 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 6 | Info Hash: 6B98A7F960AC2710EA617122B779FA9F623E2DD4 File Hash: 765C1E38287302048F8D417065F3FE280E6A4C232CC9C596B88DC5FAF85B59D3 | 02-03-2022 05:54:08 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 7 | Info Hash: A2DC7426BFFB5A0A2C7EB4E3F122765BB0BEE97B File Hash: 9BA749591095A86136FAD9B51A1393364490AAE6F6D5043ADC747DA0B6E33F6E | 02-03-2022 05:52:58 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 8 | Info Hash: D55BBEEDD92C89D5C47BA24D89845D9BF67681D1 File Hash: E65E51998121E3A72B20B90C3072A72DBDC723A0AC26D518ACD6B218F2518098 | 02-03-2022 05:52:31 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 9 | Info Hash: 41CC801DDD2EDBC09F3D85A9CB5AA73D6DE69C99 File Hash: 6AFD07CFF5EFA5B3443C96A5F79A92B0EDAE17A4CDA5E5B51A40E3FB723E53C9 | 02-03-2022 05:51:45 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 10 | Info Hash: FA959A70F5B95E9279BBDB78746F6CE7840CF05C File Hash: EA6DBEEDFF1D983C2CC5B104F51179C4DCCCFF2BACD897C0717E518C704C26E9 | 01-29-2022 06:15:49 | Blacked | 06-04-2018 | 07-09-2018 | PA0002109329 |
| 11 | Info Hash: B2C23D9729A2336B1E117DE76AD3DADCC6F79B21 File Hash: A12230815ABF23F26AAC2365588D64F677987A409E06F5B4300CF0F0051F68FF | 01-29-2022 05:12:45 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0FCD3137E1E1F83AC7FE87107CF672049DADE932<br>File Hash:<br>A03CCBD66B6699030F19DC4A3BC7F4C13847AFD32B624A283E1BD42F60F4E1CC | 01-29-2022<br>01:53:32 | Blacked | 05-05-2019 | 07-05-2019 | PA0002206372 |
| 13 | Info Hash: 6B4F18C876C0B9CE2F235EF293F8EC05E5CB2697<br>File Hash:<br>E9BA67983FBF8527DAC0F0DDF6EB391EC76F4436A41F171F04951B5CF36AB324 | 01-29-2022<br>01:48:06 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 14 | Info Hash: 6D6193F0C057B0F3C18FC0CB3B1A80853041ADED<br>File Hash:<br>44F413BAED22D9298F3254BD630E26FC5263D42429DEB597D298E72F6438D61D | 01-29-2022<br>01:35:09 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 15 | Info Hash: A9B652891F923FA4B1F6090BABF9E9299A23C6A4<br>File Hash:<br>948398B9693BBBF102BD10D0BCEA42798BB70A3DDCAC20A0A1F9F8252076F9B2 | 01-29-2022<br>01:34:41 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 16 | Info Hash: 12A608036EFA7F6279C0F86E26431F883D18F344<br>File Hash:<br>80B53A940C5080A4CCD3AC751E51450CF770E1AC3640B9E4B26292153BE3D5A9 | 01-29-2022<br>01:34:39 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 17 | Info Hash: 438DA8FA69D50CEA1733402B04DD01CDE39D415A<br>File Hash:<br>E3A468DAFD516F59D05D6DEDE8F8ADFF486BE34B24A78B177152957480D368D5 | 01-29-2022<br>01:34:35 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 18 | Info Hash: FED9CBC943CC50537BBD8267BD4FA4C4848363B1<br>File Hash:<br>ED1BA66718984D5855EF40B4782EFA7B40EB613381E9A271500EABD09DE1E77E | 01-29-2022<br>01:33:57 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 19 | Info Hash: CE3B9B8FAA0111C43E2DC3DD29793F250A874C17<br>File Hash:<br>1204B0E45FF2EE4CE73F62C36CF75AF54E9DAFA262B287CE0B5E56E416EB2074 | 01-29-2022<br>01:33:36 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 20 | Info Hash: 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77<br>File Hash:<br>E8D3E64E6C2F32B83EECA3D2894E8D83AE939F9BE2213AA93E63D223BAF4C73C | 01-27-2022<br>03:55:18 | Blacked | 02-09-2018 | 03-02-2018 | PA0002104745 |
| 21 | Info Hash: CD84E9D7A2D55CE98BE7297A4140C558FDB00AE9<br>File Hash:<br>FA43F1907EEF527306AF185B64AD0C44C270B0112B1BA43234ABC44D921917CD | 01-26-2022<br>13:53:36 | Blacked | 01-30-2019 | 02-22-2019 | PA0002155138 |
| 22 | Info Hash: 590A9000C3DC58732156A82C92538A10258C408F<br>File Hash:<br>1E93EB810B90846A612A322BE3392620001AC3B044BDE91C811FB345866007DC | 01-26-2022<br>13:27:25 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 23 | Info Hash: 493CC280F906E53C779855D1B9F0C2FCC0A30570<br>File Hash:<br>5F00EED450DD89306F47254FBB832FB5AA883DBC9CEEA58CE5873D483C80414F | 01-26-2022<br>12:54:21 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: FFCBC2AA2977112F060895E264167F7BB55FD56F<br>File Hash:<br>20E417F23823B0BA78ED539D330C6992BB77836528AA53670234A1340F544400 | 01-26-<br>2022<br>12:29:00 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 25 | Info Hash: 7D0D7BB80FF6E3A05B5EDDD5298A2E382BF98274<br>File Hash:<br>79F1CB51690549AAA9267A58AA45424FE80B3C7B1A2CFA061ECFA30CCC33EBFA | 01-26-<br>2022<br>12:01:21 | Blacked | 11-06-2017 | 11-27-2017 | PA0002097974 |
| 26 | Info Hash: 990994F89690F9A3E78614F2186AEB2765478D4D<br>File Hash:<br>24AD46215A9A448CC843C8309E93622A8D0D4D750D4FC72ACA579666EEEE19A0 | 01-26-<br>2022<br>11:27:42 | Blacked | 07-14-2017 | 08-11-2017 | PA0002046878 |
| 27 | Info Hash: 8A8DF88281CE0785D71C06AF8B975C595E038709<br>File Hash:<br>D246E6DD3ABCF2D52C2E160F65516F3FB80AE11AC81108ADAD143B6AD467F1FB | 01-26-<br>2022<br>11:20:27 | Blacked | 10-12-2018 | 10-28-2018 | PA0002130455 |
| 28 | Info Hash: 934D3E6AC18AA5E695F67FE8F3E36E57940B8ADD<br>File Hash:<br>338C6F71DB7BA2B66424EB5CEB6C053ABE8420254E7B9DBEE4D1C64D646B1630 | 01-26-<br>2022<br>09:48:28 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 29 | Info Hash: FE1338CBCA830E3405AB4200C9EBC6C5093DFBB1<br>File Hash:<br>7971AB0F46A661F7B4E85333BD8D68AEF8266A8BDE7C4D19BE8BEA6A7A5C7E7F | 01-26-<br>2022<br>07:06:56 | Blacked | 04-05-2019 | 04-29-2019 | PA0002169966 |
| 30 | Info Hash: 79BBEE7B2CC652E40847301A6CE92D666A8D88B2<br>File Hash:<br>74A299A57C0FADE5767FE5B84C40F85678F9E4B591E4EEAB12080608DD0B52B1 | 01-26-<br>2022<br>06:38:17 | Blacked | 08-18-2017 | 10-10-2017 | PA0002086146 |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:23-cv-00241-PTG-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE, subscriber assigned IP address | ) | |
| 68.98.139.177, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 68.98.139.177 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 30, 2023

*So ordered 4/13/23*

_____ /s/
Patricia Tolliver Giles
United States District Judge

Respectfully submitted,

*/s/ Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(202) 256-9551 (cell)
(202) 217-3929 (fax)
dsciarrino@jmjameslaw.com